IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       3:14cr316-MHT
                            )           (WO)
MAE GUSSIE DUCKWORTH        )
```

ORDER

Upon consideration of the probation officer's petition for early termination of probation (doc. no. 50) and the included memorandum describing the defendant's compliance with the terms of probation and her illness, and based on the government's oral representation to the court that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Mae Gussie Duckworth's term of probation is terminated effective immediately and she is discharged.

DONE, this the 20th day of July, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE